# EXHIBIT B

**Clark, Matthew**

| | |
|---|---|
| **From:** | Sandra Maddox <sandra.maddox@themaddoxlawoffice.com> |
| **Sent:** | Tuesday, December 30, 2025 2:41 PM |
| **To:** | Clark, Matthew |
| **Cc:** | Hawkins, Tedrick; Kpere-Daibo, Dean; Bub, Rita |
| **Subject:** | Re: Complaint Service (St. John v. RATP DEV) [IMAN-WORKSITE.FID3428839] |
| **Attachments:** | FINAL FILED COMPLAINT.pdf; Initial Order.pdf; Summons Lisa Porter.pdf; Summons RATP DEV.pdf; Cover letter for service.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Hello Mr. Clark,

Thank you for your response. I don't know if you have receive the complaint and cover letter for Defendants that was sent to the resident Agent via certified mail on December 12, 2025, but here it is attached. Thank you for accepting service for it.

Please send any response and correspondence to me via this email. Also, due to the Holiday Season, I would not object to a request for extension if needed.

Respectfully,

*Sandra A. Maddox, Esq.*
(Licensed to practice in Washington, D.C.)
THE MADDOX LAW OFFICE
20 F St., NW
Suite 700
Washington, D.C. 20001
Phone: (202) 412-4787
E-mail: sandra.maddox@themaddoxlawoffice.com
www.themaddoxlawoffice.com

---

**From:** Clark, Matthew <mclark@constangy.com>
**Sent:** Monday, December 22, 2025 5:00 PM
**To:** Sandra Maddox <sandra.maddox@themaddoxlawoffice.com>
**Cc:** Hawkins, Tedrick <thawkins@constangy.com>; Kpere-Daibo, Dean <dkdaibo@constangy.com>; Bub, Rita <rbub@constangy.com>
**Subject:** FW: Complaint Service (St. John v. RATP DEV) [IMAN-WORKSITE.FID3428839]

Good Afternoon Ms. Maddox,

My colleague Tedrick Hawkins and I will be handling the defense of this matter for RATP Dev and Ms. Porter. We will accept service of process on behalf of RATP Dev and Ms. Porter.

Best,
Matt

**MATTHEW CLARK**

**Senior Counsel**
**Constangy, Brooks, Smith & Prophete, LLP**

**t:** 908.758.2789
**m:** 908.451.1784
**e:** mclark@constangy.com

**Warren Office**
15 Independence Blvd
Suite 420
Warren, NJ 07059

**From:** Finnegan, Colin <cfinnegan@constangy.com>
**Sent:** Monday, December 22, 2025 11:23 AM
**To:** Kpere-Daibo, Dean <dkdaibo@constangy.com>; Hawkins, Tedrick <thawkins@constangy.com>; Clark, Matthew <mclark@constangy.com>
**Cc:** Bub, Rita <rbub@constangy.com>
**Subject:** FW: Complaint Service (St. John v. RATP DEV)

**Colin Finnegan**
**Attorney**

Constangy, Brooks, Smith & Prophete, LLP
Direct: 816.329.5940 • Mobile: 815.342.7630
Email: cfinnegan@constangy.com
1201 Walnut Street
Suite 2350
Kansas City, MO 64106
Main: 816.472.6400

**From:** Sandra Maddox <sandra.maddox@themaddoxlawoffice.com>
**Sent:** Friday, December 19, 2025 12:35 PM
**To:** Finnegan, Colin <cfinnegan@constangy.com>
**Subject:** Complaint Service (St. John v. RATP DEV)

Hello Mr. Kpere-Daibo

My name is Sandra Maddox and I represent Ms. St. John in her complaint against RATP Dev that was before the EEOC. I wanted to see if you have received her complaint that she has filed in court. If not, will you accept service of her complaint against Defendants RATP Dev and Lisa Porter (HR Manager)?

Respectfully,

*Sandra A. Maddox, Esq.*
(Licensed to practice in Washington, D.C.)
(Con licencia para ejercer en Washington, D.C.)
THE MADDOX LAW OFFICE
20 F St., NW
Suite 700
Washington, D.C. 20001
Phone/ Teléfono: (202) 412-4787
E-mail: sandra.maddox@themaddoxlawoffice.com
www.themaddoxlawoffice.com