# EXHIBIT C

ALERT: WINTER WEATHER IN THE OHIO VALLEY, GREAT LAKES, AND NORTHEAST REGIONS ...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702736805994

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

The return on your item was processed on January 3, 2026 at 1:15 pm in FORT WORTH, TX 76161.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Alert

**Return to Sender Processed**

FORT WORTH, TX 76161
January 3, 2026, 1:15 pm

**Unclaimed/Being Returned to Sender**

FORT WORTH, TX 76161
January 3, 2026, 1:13 pm

**Reminder to Schedule Redelivery of your item**

December 22, 2025

**Available for Pickup**

JACK D WATSON WINDOW UNIT
4600 MARK IV PKWY
FORT WORTH TX 76161-9804
M-F 0400-1900; SAT 0400-1700
December 19, 2025, 9:40 am

**Notice Left (No Authorized Recipient Available)**

FORT WORTH, TX 76137

December 17, 2025, 11:14 am

**Redelivery Scheduled for Next Business Day**
FORT WORTH, TX 76137
December 15, 2025, 12:52 pm

**Out for Delivery**
FORT WORTH, TX 76137
December 15, 2025, 6:10 am

**Arrived at Post Office**
FORT WORTH, TX 76106
December 15, 2025, 1:23 am

**Arrived at USPS Regional Destination Facility**
FORT WORTH TX DISTRIBUTION CENTER
December 14, 2025, 5:26 pm

**Arrived at USPS Facility**
DALLAS, TX 75211
December 14, 2025, 9:25 am

**Arrived at USPS Regional Origin Facility**
SOUTHERN MD DISTRIBUTION CENTER
December 13, 2025, 12:04 am

**Departed Post Office**
SILVER SPRING, MD 20901
December 12, 2025, 7:04 pm

**USPS in possession of item**
SILVER SPRING, MD 20901
December 12, 2025, 1:26 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

### Product Information

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs