# EXHIBIT E

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **TONYA ST. JOHN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE MIDTOWN GROUP/RATP DEV D.C., et al.**<br><br>**Defendants.** | **2025-CAB-007879**<br>**Judge Katherine E. Oler**<br>**Remote Initial Scheduling Conference**<br>**March 6, 2026** |

**ORDER**

Pending before the Court is Plaintiff's Motion for Leave to file Second Amended Complaint, filed on January 15, 2026. Defendants consent to the Motion.

Accordingly, it is this 30th day of January 2026, hereby

**ORDERED** that the Motion is **GRANTED**. Plaintiff's Second Amended Complaint, filed with her Motion, is accepted.

**SO ORDERED.**

**Judge Katherine E. Oler**

**Copies to:**
All Parties and Counsel